No. 41. G. L. HENDERSON ET AL. *v.* HELEN R. RESSOR, OR HELEN R. HENDERSON, ET AL. Error to the Supreme Court of the State of Missouri. Argued November 14, 1918. Decided November 18, 1918. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Farrell v. O'Brien,* 199 U. S. 89; *Empire State-Idaho Mining Co.* v. *Hanley,* 205 U. S. 225; *Goodrich* v. *Ferris,* 214 U. S. 71; *Brolan* v. *United States,* 236 U. S. 216. (2) *Louisville & Nashville R. R. Co.* v. *Melton,* 218 U. S. 36, 51–52; *Eastern Building & Loan Association* v. *Ebaugh,* 185 U. S. 114; *Pennsylvania Fire Insurance Co.* v. *Gold Issue Mining Co.,* 243 U. S. 93, 96; *Texas & New Orleans R. R. Co.* v. *Miller,* 221 U. S. 408, 416. *Mr. C. W. Prince,* with whom *Mr. Daniel V. Howell* was on the brief, for plaintiffs in error. *Mr. H. M. Langworthy* and *Mr. T. A. Frank Jones,* for defendants in error, submitted.

---

No. 42. CHICAGO, MILWAUKEE & ST. PAUL RAILWAY COMPANY *v.* MARY O'CONNOR, ADMINISTRATRIX, ETC. Error to the Supreme Court of the State of Wisconsin. Argued November 14, 1918. Decided November 18, 1918. *Per Curiam.* Affirmed with costs upon the authority of *Seaboard Air Line Ry.* v. *Padgett,* 236 U. S. 668, 673; *Great Northern Ry. Co.* v. *Knapp,* 240 U. S. 464, 466; *Southern Ry. Co.* v. *Puckett,* 244 U. S. 571, 574. *Mr. H. J. Killilea,* with whom *Mr. C. H. Van Alstine* was on the briefs, for plaintiff in error. *Mr. Eben R. Minahan,* with whom *Mr. Victor I. Minahan* was on the brief, for defendant in error.